IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ROEBUCK,<br>   Plaintiff,<br><br>   v.<br><br>OFFICER STANLEY DAVIS, JR., Badge No. 9660,<br>OFFICER RAMOS, Badge No. 394,<br>OFFICER MYERS, Badge No. 2103, and<br>SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, also known as "SEPTA,"<br>   Defendants. | CIVIL ACTION<br><br><br><br>NO. 19-2816 |

**O R D E R**

**AND NOW**, this 10th day of February, 2020, upon consideration of Defendants Southeastern Pennsylvania Transportation Authority and Officer Ramos' Motion to Dismiss for Failure to State a Claim (Document No. 8, filed October 16, 2019) and Plaintiff's Response and Answer to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (Document No. 10, filed October 28, 2019), for the reasons stated in the Memorandum dated February 10, 2020, **IT IS ORDERED** that Defendants Southeastern Pennsylvania Transportation Authority and Officer Ramos' Motion to Dismiss for Failure to State a Claim is **GRANTED**. Plaintiff's claims against Officer Ramos and SEPTA are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that plaintiff is granted leave to file a second amended complaint with respect to his claims against Officer Ramos and SEPTA within twenty (20) days, if warranted by the facts and applicable law as set forth in the accompanying Memorandum dated February 10, 2020.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference by telephone will be scheduled in due course.

> **BY THE COURT:**
>
> **/s/ Hon. Jan E. DuBois**
> _____
> **DuBOIS, JAN E., J.**